IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| RONALDO KRAMER, LAYNE MATHEWS, JEREMY NOBLES, and JAMES PERHAM | § § § § | |
| Plaintiffs, | § § | Civil Action No. |
| v. | § § | 7:22-CV-0016-DC-RCG |
| TNT CRANE & RIGGING, INC., | § § § | |
| Defendant. | § | |

**PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Plaintiffs respectfully move to withdraw Edmond Moreland as counsel for Plaintiffs. Plaintiffs remain represented in this action by their other counsel of record, Aaron Johnson and Daniel Verrett.

Respectfully Submitted,

**FAIR LABOR LAW**

By: */s/ Aaron Johnson*
Aaron Johnson
State Bar No. 24056961
ajohnson@fairlaborlaw.com
314 E. Highland Mall Blvd, Ste. 401
Austin, Texas 78752
(512) 277-3505
(512) 277-3254 (fax)

**MORELAND VERRETT, P.C.**
700 West Summit Drive
Wimberley, Texas 78676
(512) 782-0567
(512) 782-0605 – telecopier

>Daniel A. Verrett
>Texas State Bar No. 24075220
>daniel@morelandlaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on April 6, 2023, I conferred with counsel for Defendant, Mark Jodon, by email and he stated that Defendant does not oppose this motion.

>*/s/ Aaron Johnson*
>Aaron Johnson

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2023, I electronically filed the foregoing using the Court's CM/ECF system. All counsel of record shall be served with a true and correct copy of this document by operation of the Court's CM/ECF system.

>*/s/ Aaron Johnson*
>Aaron Johnson