IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **RONALDO KRAMER, LAYNE MATHEWS, JEREMY NOBLES, and JAMES PERHAM** | § § § § | |
| **Plaintiffs,** | § § | Civil Action No. |
| v. | § § | 7:22-CV-0016-DC-RCG |
| **TNT CRANE & RIGGING, INC.,** | § § § | |
| **Defendant.** | § | |

## ORDER

On this day, the Court considered Plaintiffs' Unopposed Motion to Withdraw as Counsel. (Dkt. __.) Noting that the motion is unopposed, and that Plaintiffs remain represented by counsel of record Aaron Johnson and Daniel Verrett, the Court is of the opinion that Plaintiffs' Motion should be, and is hereby, **GRANTED**.

It is, therefore, **ORDERED** that Edmond Moreland is hereby relieved of responsibility as counsel for Plaintiffs in this action.

Signed this ____ day of _____, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE